IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONNIE G. GUERRA, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SPRINGDELL VILLAGE | : | |
| HOMEOWNERS ASSOCIATION, et al., | : | No. 11-200 |
| Defendants. | : | |

# ORDER

**AND NOW**, this **5th** day of **April**, **2011**, upon consideration of Defendant C.M. Jones, Inc.'s Motion to Dismiss, Defendant Bryn Mawr Landscaping Company's Motion to Dismiss, Plaintiff's responses thereto, and for the reasons stated in the Court's Memorandum dated April 5, 2011, it is hereby **ORDERED** that the motions (Document Nos. 7, 10) are **GRANTED in part and DENIED in part,** as follows:

1. The motions are **GRANTED** with respect to Plaintiff's Breach of Contract Claims.

2. Count III of Plaintiff's Complaint is **DISMISSED**.

3. The motions are **DENIED** with respect to Plaintiff's allegation of recklessness.

BY THE COURT:

_____
**Berle M. Schiller, J.**